UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALEZ, et al.,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>  Defendant. | Case No. 13-cv-00668-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. No. 4 |

Before the Court is Appellee Wells Fargo Bank, N.A.'s Motion to Dismiss Appeal. Dkt. No. 4. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for May 30, 2013, at 2:00 p.m., is hereby VACATED.

**IT IS SO ORDERED**.

Dated: May 24, 2013

_____
JON S. TIGAR
United States District Judge